# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3915
_____

JOSE PENA,

Appellant,

v.

WOOD GROUP USA, INC. and
BROADSPIRE,

Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident: March 15, 2022.


April 26, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Randall T. Porcher of Morgan & Morgan, Tallahassee, and Marcos R. Gonzalez of Advocates USA, West Palm Beach, for Appellant.

Jerry K. McKim of Wyland & Tadros, LLP, West Palm Beach, for Appellees.